UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN KJONAAS, a/k/a "Kevin Jonas,"<br>a/k/a "Steve Shore," a/k/a "Jim Fareer,"<br>(04-cr-373-2),<br>LAUREN GAZZOLA, a/k/a "Angela<br>Jackson," a/k/a "Danielle Matthews,"<br>(04-cr-373-3),<br>JACOB CONROY, (04-cr-373-4),<br>JOSHUA HARPER, (04-cr-373-5), and<br>DARIUS FULLMER, (04-cr-373-7),<br><br>Defendants. | Criminal No. 04-373 (AET)<br><br>**ORDER AMENDING**<br>**THE JUDGMENTS OF CONVICTION**<br>**AGAINST DEFENDANTS KJONAAS,**<br>**GAZZOLA, CONROY, HARPER, AND**<br>**FULLMER** |

RECEIVED

OCT 5 

AT 8:30_____M
WILLIAM T. WALSH
CLERK

THOMPSON, U.S.D.J.

This matter having come before the Court on the application of defendants Kevin Kjonaas, Lauren Gazzola, Jacob Conroy, Joshua Harper, and Darius Fullmer, through their respective attorneys, for an Order Amending the Judgments of Conviction entered against them in this matter to permit them to surrender at the institutions designated by the Bureau of Prisons on a date set by that agency; and it appearing to the Court that Assistant United States Attorney Charles B. McKenna has consented for the United States of America; and for good cause shown,

It is therefore on this 5th day of October, 2006,

ORDERED that the Judgments of Conviction previously entered in this matter against defendants Kevin Kjonaas, Lauren Gazzola, Jacob Conroy, Joshua Harper, and Darius Fullmer

shall be and hereby are amended to delete the requirement that the named defendants surrender for service of sentence within 30 days after sentencing; and it is further

ORDERED that the Judgments of Conviction previously entered against the named defendants shall be and hereby are amended to provide that the named defendants shall surrender for service of sentence at the institutions designated by the Bureau of Prisons on the date set by that agency; and it is further

ORDERED that, except for the dates of surrender, all other provisions of the Judgments of Conviction for the named defendants shall remain the same.

*Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.