NOT FOR PUBLICATION

RECEIVED
SEP 21 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Crim. No. 04-0373-04 (AET) |
| JACOB CONROY, | **ORDER** |
| Defendant. | |

THOMPSON, U.S.D.J.

    This matter comes before the Court upon Defendant Jacob Conroy's Motion to Terminate Supervised Release [docket # 362]. The Court has considered Defendant's submission and notes that Defendant has waived his right to a hearing on this matter, pursuant to Fed. R. Crim. P. 32.1(c)(2)(A). In light of the standard set forth in 18 U.S.C. § 3583(e) and the factors listed under 18 U.S.C. § 3553(a), and it appearing that Defendant's sentence was imposed as additional punishment and to assure the Court that Defendant would re-enter society after incarceration into a pattern of law-abiding conduct, and for good cause shown,

    IT IS on this 21st day of September, 2011,

    ORDERED that Defendant's Motion to Terminate Supervised Release [docket # 362] is DENIED.

ANNE E. THOMPSON, U.S.D.J.